IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1:22 CR 318** |
| | ) | |
| DOUGLAS FISCHBACK, | ) | Title 26, United States Code, Section 7206(1). |
| Defendant. | ) | |

**FILED**

JUN 1 4 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**JUDGE NUGENT**

**MAG. JUDGE PARKER**

COUNT 1
(False Income Tax Returns, 26 U.S.C. § 7206(1))

The First Assistant United States Attorney charges:

On or about April 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant DOUGLAS FISCHBACK, a resident of Rocky River, Ohio, did knowingly and willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the 2017 calendar year, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, and which the defendant did not believe was true and correct as to every material matter, in that, the return, as the defendant well knew and believed, falsely understated his income on Line 21 by approximately $86,427.00.

All in violation of Title 26, United States Code, Section 7206(1).

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By:  _Chelsea Rice_

CHELSEA S. RICE
Chief, White Collar Crimes Unit