Exhibit A

UNITED STATES V. Fischback
Case No. 22CR318

9/1/2022 email

## Scott Broome

| | |
|---|---|
| **From:** | Scott Broome |
| **Sent:** | Thursday, September 1, 2022 2:00 PM |
| **To:** | Christopher Woo |
| **Subject:** | Fischback |
| **Attachments:** | Objections to PSR.pdf; 30911 carlton Dr.pdf; State v. Justus_ 2009-Ohio-137.PDF; Fischback Krill KOG confidential settlement and release agreement 12-2-2021.pdf |

Chris:

Attached please find my objections/comments to the PSR.

Thanks.

Scott

J. Scott Broome, Esq.
**J. S. Broome & Associates Co.**
A Legal Professional Association
1501 Chagrin River Road, Suite 201
Gates Mills, Ohio 44040
Direct Dial (440) 448-5142
Cell Phone: (216) 408-6254
Facsimile (440) 423-1798
sbroome@broomelpa.com



This communication may contain information protected by the attorney-client privilege or work product doctrine and is intended to be confidential. It is the sole property of the sender and is intended only for intended recipient. Any use other than for the purposes intended is prohibited.

1