IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22CR318 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS FISCHBACK, | ) | <u>UNOPPOSED MOTION TO</u> |
| | ) | <u>CONTINUE SENTENCING</u> |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Justin Seabury Gould, Assistant United States Attorney, and moves this Honorable Court, without opposition from the defense, to continue the sentencing hearing currently set for September 29, 2022, until the week of November 14, 2022 or November 28, 2022, at which time the parties are mutually available and the Court has indicated it may be available to hear the matter.

                                                                                              Respectfully submitted,

                                                                                              MICHELLE M. BAEPPLER
                                                                                              First Assistant United States Attorney

By:   /s/ Justin Seabury Gould
              Justin Seabury Gould (OH: 0084584)
              Assistant United States Attorney
              United States Court House
              801 West Superior Avenue, Suite 400
              Cleveland, OH 44113
              (216) 622-3869
              (216) 522-2403 (facsimile)
              Justin.Gould@usdoj.gov