| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 0647 1:22CR00318-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |
| NAME OF PROBATIONER/SUPERVISED RELEASEE: Douglas Fischback | DISTRICT NORTHERN DISTRICT OF OHIO | | DIVISION – EASTERN OFFICE LOCATION – CLEVELAND |
| | SENTENCING JUDGE: The Honorable Judge Donald C. Nugent | | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 05/30/2023 | TO 05/29/2024 |

**FILED** 2:52 pm Jul 10 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

OFFENSE(S)

26:7206(1) - False Income Tax Returns

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.* Collection of restitution will be maintained by the sentencing district if the case is joint and several with other defendants.

_June 15, 2023_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/7/2023
*Effective Date*

_Richard E Myers II_
*Chief* United States District Judge